IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JOSEPH MICHAEL ROBERTSON d/b/a
CATFISH ONE, INC.                           BANKRUPTCY NO. 12-50600-KMS

COMMUNITY BANK                              PLAINTIFF

v.                                          Adv. Proc. No. 12-05026-KMS

JOSEPH MICHAEL ROBERTSON                    DEFENDANT

## NOTICE OF SERVICE

Plaintiff, Community Bank, does hereby give notice to the Court that a true and correct copy of following pleadings have been mailed to counsel:

1. Community Bank's First Set of Interrogatories to Joseph Michael Robertson

Further notice is hereby given that the originals of the above pleadings are being retained in our files.

This the ____ day of _____, 2013.

Respectfully submitted,

COMMUNITY BANK

BY: _____
Stephen E. Gardner, Its Attorney

Stephen E. Gardner (MSB 4749)
Young Wells Williams Simmons P.A.
P. O. Box 23059
Jackson, MS 39225-3059
Telephone:    601-948-6100
Fax:          601-355-6136
steve.gardner@youngwells.com

## CERTIFICATE OF SERVICE

I, Stephen E. Gardner, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and or via U.S. Mail, postage prepared, a true and correct copy of the above and forgoing Notice of Hearing to the below parties:

Electronically mailed to:

C. Everette Boutwell
ceb@boutwellandcompany.com

Derek Henderson, Trustee
derek@derekhendersonlaw.com

U. S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

Dated this the _22nd_ day of _May_, 2013.

_____
Stephen E. Gardner