## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  JOSEPH MICHAEL ROBERTSON d/b/a
        CATFISH ONE, INC.                        BANKRUPTCY NO. 12-50600-KMS
        DEBTOR                                        CHAPTER 7

**COMMUNITY BANK**                                                            **PLAINTIFF**

**VS**                                                                                    ADV. PROC. NO. 12-05026-KMS

**JOSEPH MICHAEL ROBERTSON**                                   **DEFENDANT**

### AGREED ORDER

This cause came before the Court on the *ore tenus* Motion of the parties to dismiss the Adversary Complaint, and the Court having jurisdiction over the parties and subject matter, and being advised that the parties are in agreement finds that the Adversary Complaint filed by Community Bank shall be dismissed without prejudice.

**IT IS THEREFORE, ORDERED AND ADJUDGED,** that the Adversary Complaint filed by Community Bank shall be and is hereby dismissed without prejudice.

**SO ORDERED,**

                                                                              Katharine M. Samson
                                                                              United States Bankruptcy Judge

AGREED TO:                                                     Dated:  September 13, 2013
COMMUNITY BANK

By: /s/ Stephen E. Gardner
Stephen E. Gardner (MSB 4749)
Young Wells Williams Simmons P.A.
P. O. Box 23059
Jackson, MS  39225-3059
Telephone:  601-354-5400
steve.gardner@youngwells.com

JOSEPH MICHAEL ROBERTSON

By: *[signature]*
C. Everett Boutwell, his attorney